UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

APAX PARTNERS LLP, ET AL.,

                Plaintiffs,

- against -

APX CAPITAL GROUP, ET AL.,

                Defendants.

22-cv-4160 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for August 10, 2022 is **canceled**. The plaintiffs are reminded that the summons and complaint must be served on the defendants within 90 days of the date the complaint was filed. See Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    New York, New York
            August 3, 2022

                                              John G. Koeltl
                                     United States District Judge